IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| ACUITY, *A Mutual Insurance Company*, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PEACEFUL GARDENS MEMORIAL PARK, INC., BRETT ASSITER, NORA ABREO, ROSA ABREO, NOAH ABREO, and JOSHUA ABREO, | ) ) ) ) |
| | ) |
| Defendants. | )   Civil Action No. 5:24-CV-093-C |

# ORDER

The Court notes that the Plaintiff filed a Notice of Voluntary Dismissal on July 10, 2024. As such, the claims asserted in the above-styled and -numbered civil action against Defendants are **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and with each Party to bear their own costs.

SO ORDERED this 10th day of July, 2024.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE